CO-386-online
10/03

# United States District Court
# For the District of Columbia

DJIBY NAM )
)
)
)
                      Plaintiff )      Civil Action No._____
    vs )
THE OLIVER CARR COMPANY )
)
)
                      Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The Oliver Carr Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Oliver Carr Company__ which have any outstanding securities in the hands of the public:

Columbia Equity Trust

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____[signature]_____
Signature

449723
BAR IDENTIFICATION NO.

Scot A. Hinshaw, Esq.
Print Name

1900 K Street, NW
Address

Washington, DC   20006
City          State          Zip Code

202-955-1500
Phone Number