UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DJIBY NAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:07-0257 (RJL) |
| ) | |
| THE OLIVER CARR COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER
(February 22, 2007)

Pending before the Court is defendant's Motion to Dismiss, which was filed on February 5, 2007. Because a ruling on defendant's motion may dispose of the case, plaintiff is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's motion within 20 days of this Order. If plaintiff fails to respond, the Court may treat the motions as conceded and dismiss the complaint against defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge