# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DJIBY NAM,

        Plaintiff,

v.

THE OLIVER CARR COMPANY,

        Defendant.

Civil Action No. 07 -cv-00257 (RJL)

## DJIBY NAM'S ARGUMENTS IN OPPOSITION TO THE OLIVER CARR COMPANY'S MOTION TO DISMISS AND POINTS IN SUPPORT THEREOF

Defendant The Oliver Carr Company ("OCC") is not disputing any of the charge contained in Plaintiff Djiby Nam's Complaint in asking for motion to dismiss, rather, OCC is arguing about where Plaintiff's Complaint and summons were served, and whether those who signed for them were authorized to "accept service of process in this matter or any other matter." The Plaintiff's process (the summons) is proper because it was directed to "The Oliver Carr Company" and then sent to both the Occidental Restaurant, the Plaintiff's former place of employment, which is owned and operated by OCC, and also to what served then as OCC's headquarter. In both cases, the persons who signed for the services, Anna McMaster, at the Occidental Restaurant, and Mary Johnson, at Tishman Speyer Property Management, then authorized to accept all OCC's mail, had authority to accept service. Therefore, Defendant's Motion to Dismiss should be denied. And this court should direct the Defendant to respond to the Plaintiff's Complaint.

In further support of his opposition to this Motion, the Plaintiff states as follows:

    1.    The Plaintiff's summons was issued for "The Oliver Carr Company, C/O Jackson Lewis Schnitzer & Krupman, Attn: Thomas J. Sarisky, 1156 15th Street, N.W.,

RECEIVED

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Suite 250, Washington, DC 20005," because Jackson Lewis Schnitzer & Krupman or

Thomas J. Sarisky has been defending OCC since February of 2002 against charges of

discrimination filed by Plaintiff with the Office of Human Rights ("OHR"); and since

February of 2002, all lawsuit-related materials – whether sent by Plaintiff, OHR, or the

Equal Employment Opportunities Commission ("EEOC") – have been all issued for "The

Oliver Carr Company, C/O Jackson Lewis Schnitzer & Krupman, Attn: Thomas J.

Sarisky, 1156 15th Street, N.W., Suite 250, Washington, DC 20005" (See Exhibit 1). As

such, OCC did authorize Jackson Lewis Schnitzer & Krupman or Thomas J. Sarisky "to

accept service of process in this or any other matter." That law firm has been retained as

counsel by OCC for a period of five years and had "apparent authority."

2.    Because Plaintiff's summons was returned – unclaimed – at Jackson

Lewis Schnitzer & Krupman, The Plaintiff requested delivery by express mail to "The

Oliver Carr Company, The Occidental Restaurant," 1475 Pennsylvania Avenue, N.W.,

Washington, DC. (See Exhibit 2). The Occidental Restaurant, which is part of The Oliver

Carr Company's real state empire, is run by Mr. Dick Carr and operated by Pershing

Association. This case has been in litigation for the last 5 (five) years at OHR and EEOC,

and Defendant The Oliver Carr Company has never disputed the ownership of this place

of business where Plaintiff used to work. (See OHR Document, attached hereto as

Exhibit 3). Exactly because management at this place of business are managing partners

and, as such, has the "apparent or actual authority to sign for or accept service of

anything on behalf of OCC," the Plaintiff's summons was accepted and signed for by

Anna McMaster (See US Postal Service Track & Confirm, attached hereto as Exhibit 4),

and OCC has acknowledged receiving the summons.

3. **Furthermore**, when a second attempt to serve Defendant at their last know address, 1850 K Street, N.W., Suite 500, Washington, DC, was returned, also unclaimed, Plaintiff visited the location and was directed to Tishman Speyer Property Management, located at 1875 I Street, N.W., 4th Floor, Washington, DC, where Plaintiff was told that "Tishman Speyer is authorized to accept all mail for OCC." As such, a copy of the Plaintiff's summons, addressed to The Oliver Carr Company was sent express mail at that location (See US Postal Service Track & Confirm, attached hereto as Exhibit 5), and Mary Johnson signed for the package – which OCC has acknowledged receiving. (See US Postal Service Track & Confirm, as attached hereto as Exhibit 6).

4.     **Moreover**, upon receiving the Plaintiff's summons, OCC's law counsel, Scot A. Hinshaw called the Plaintiff Djiby Nam and said "I am in receipt of your complaint" and needed "an extension of time to provide you with an answer." Plaintiff Djiby Nam found no objection to such an extension but was, however, unable to respond to it, due to the fact that part of the contact phone number left in a recorded message was not audible (the recorded message was saved and will be turn to the court if requested). Therefore, Plaintiff Djiby Nam waited for Defendant OCC's legal counsel to send him the "Consent Motion for extension of time" for his signature. But Defendant OCC's legal counsel, unable to provide Plaintiff with an answer within the prescribed Court time – 20 days – moved the case from the DC Superior Court to US District Court and filed for a Motion to Dismiss. This is a pretext for delay in order to buy more time and to keep the case from moving forward.

5.     **Finally,** by declaring in a footed note that "OCC reserves its right to dispute that it is the proper defendant in this matter because it was not the Plaintiff's

employer," Defendant has shown his true intention (See The Oliver Carr Company's Motion to Dismiss, attached hereby as Exhibit 7). Clearly, Defendant is laying the ground work to keep this case from ever getting to trial, and the Court should not allow him to succeed. It is also important to note that Defendant submitted to OHR documents that did not exist prior to February 23, 2002, the day Plaintiff was terminated; documents that were dated after the fact; documents that were not vetted for their accuracy and reliability, and on which OHR based its "NO PROBABLE CAUSE" determination. Defendant knows full well that such documents will not pass a court muster – the true reason for this Motion to dismiss request.

6.    **Therefore**, the Defendant's Motion to Dismiss should be denied and the Court should require Defendant to provide an answer to Plaintiff's Complaint.

Thank you Your Honor,

Djiby Nam, Plaintiff PRO SE

Djiby Nam
P.O. Box 75669
Washington, DC 20013
(202) 841-3792

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DJIBY NAM,

        Plaintiff,                  Civil Action No. 07-cv-00257 (RJL)

        v.

THE OLIVER CARR COMPANY,

        Defendant.

## ORDER

Upon consideration of Plaintiff's argument in opposition to the Oliver Carr Company's Motion to Dismiss, and all arguments in support and opposition thereto, it is hereby,

**ORDERED, ADJUGED** and **DECREED** that the Defendant's Motion is **DENIED,** and it is further

**ORDERED, ADJUDGED** and **DECREED** that Defendant The Oliver Carr Company provide an answer to Plaintiff's Complaint.

So ordered.

This_____day of_____, 2007

_____
The Honorable Richard J. Leon
United States District Judge

Exhibit 1

*Djiby Nam vs. The Oliver Carr Company, Pershing Associates*
**Docket No.: 02-127-P (CN)**
**EEOC No.: 10CA200083**
**Page 34 of 34**

Rules of Civil Procedure for the Superior Court of the District of Columbia, Complainant has three (3) years from the date of service of this decision to file a petition for review with the Superior Court of the District of Columbia of the No Probable Cause Determination.

## RIGHT TO SUBSTANTIAL WEIGHT REVIEW

As a Complainant, you have the right to a "Substantial Weight Review" from the U.S. Equal Employment Opportunity Commission (EEOC). To obtain a Substantial Weight Review, you must within fifteen (15) calendar days, send your written request to: State and Local Coordinator, EEOC, 181 L Street, N.W., Washington, D.C. 20005.

Sincerely,

Kenneth L. Saunders
Director


cc:     Jackson Lewis Schnitzler & Krupman
        Attn: Thomas J. Sarisky
        1156 15th Street, N.W.
        Suite 250
        Washington, DC 20005

# Exhibit 2


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: ED83 4687 381U S
Status: **Delivered**

Your item was delivered at 12:26 PM on January 15, 2007 in
WASHINGTON, DC 20004. The item was signed for by A MCMASTER.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.    ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  □ Agent  □ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>The Oliver CARR Company<br>the Occidental Restaurant<br>1475 Pennsylvania Ave.,<br>Washington, DC 20004 | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No<br><br>N.W.<br><br>3. Service Type<br>□ Certified Mail   ☑ Express Mail<br>□ Registered   □ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number<br>(Transfer from service label)<br>ED83 4687 381U S | 102595-02-M-1540 |
| PS Form 3811, February 2004 | Domestic Return Receipt |

Exhibit 3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

1801 L Street, N.W., Suite 100
Washington, D.C. 20507
(202)419-0700
TTY (202) 419-0702
FAX (202) 419-0701

SEP 2 9 2006

419 - 0914

Mr. Djiby Nam
P.O. Box 75669
Washington, DC 20013

Re:    Nam v. The Oliver Carr Company
       EEOC Charge No. 10C 2002 00083

Dear Ms. Nam:

This is in response to your request for a substantial weight review of the above-
referenced charge of employment discrimination. After careful review of your case, which was
investigated by the D.C. Office of Human Rights, the EEOC has decided to adopt the decision of
that agency. The enclosed document entitled "Dismissal and Notice of Rights" explains that if
you wish to pursue the matter in court, you must file suit within 90 days.

Your charge filed February 2002, alleged that you were discriminated against because of
you age, national origin, race and in retaliation for having complained of discrimination. The
EEOC has dismissed your charge because it is our judgment that we will not be able to prove,
even with a rework of the investigation, that The Oliver Carr Company is in violation of one of
the statutes that we enforce.

If you would like to obtain copies of your investigative file, you need to contact the D.C.
Office of Human Rights. Their offices are located at 441 4th Street, N.W., Suite 570N,
Washington, D.C. 20001. I am sorry that we cannot help you further in this matter.

Sincerely,

David Gonzalez
State & Local Coordinator

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of Human Rights



**Judiciary Square Office**
441 4ᵗʰ Street, NW Suite 570N
Washington, DC 20001
Phone: (202) 727-4559 • Fax:(202) 727-9589

**Kenneth L. Saunders**
**Director**

**Penn Branch Office**
3220 Pennsylvania Avenue, SE, 1st Fl.
Washington, DC 20020
Phone: (202) 727-4559 • Fax:(202) 645-6390

## LETTER OF DETERMINATION

June 7, 2005

Mr. Djiby Nam
35 E Street N.W., #714
Washington, DC 20001

> **RE:**   *Djiby Nam vs. The Oliver Carr Company, Pershing Associates*
> **Docket No.: 02-127-P (CN)**
> **EEOC No.: 10CA200083**

Dear Mr. Nam:

The Office of Human Rights (hereinafter "OHR") has completed its investigation of the above-captioned complaint. You are referred to as "**Complainant.**" The Oliver Carr Company is referred to as "**Respondent.**" Complainant presented the following issues, which the OHR investigated.

## ISSUES PRESENTED

I.    Whether Respondent discriminated against Complainant on the bases of race (Black), national origin (Senegal), and age (46 years) when allegedly: (1) Respondent threatened to terminate Complainant's employment; (2) Respondent's Employees spied on Complainant; (3) Respondent cut Complainant's work hours; (4) Respondent assigned Complainant unfavorable seating arrangements; (5) Respondent failed to promote Complainant to Banquet Captain; and (6) Respondent terminated Complainant's employment on February 23, 2002.

II.   Whether Respondent subjected Complainant to a hostile work environment on the bases of race (Black), national origin (Senegal), and age (46 years) when Respondent allegedly called Complainant derogatory names.

III.  Whether Respondent retaliated against Complainant after Complainant filed a complaint with the OHR when allegedly: (1) Respondent threatened to

# Exhibit 4


**UNITED STATES**
**POSTAL SERVICE.**

Date: 01/27/2007

Djiby Nam:

The following is in response to your 01/27/2007 request for delivery information on your
Express Mail item number ED83 4687 381U S. The delivery record shows that this item was
delivered on 01/15/2007 at 12:26 PM in WASHINGTON, DC 20004 to A MCMASTER. The
scanned image of the recipient information is provided below.

Signature of Recipient:

> Delivery Section
>
> ANNA McMASTER

Address of Recipient:

> 471 Pit 2004

Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

# Exhibit 5

**UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: ED83 4687 404U S
Status: **Delivered**

Your item was delivered at 11:24 AM on January 24, 2007 in WASHINGTON, DC 20006. The item was signed for by M JOHNSON.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X *Mary J Robinson*  ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name* )   C. Date of Delivery  1/24/07 |
| 1. Article Addressed to: <br><br> The Oliver Carr Company <br> CARR AMERICA <br> 1875 I / eye street, N.W. <br> 4th Floor <br> Washington, DC 20006 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:   ☐ No <br><br><br> 3. Service Type <br> ☐ Certified Mail   ☒ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*)   ED 8346874040 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

# Exhibit 6



**UNITED STATES**
**POSTAL SERVICE**

Date: 01/24/2007

Djiby Nam:

The following is in response to your 01/24/2007 request for delivery information on your Express Mail item number ED83 4687 404U S. The delivery record shows that this item was delivered on 01/24/2007 at 11:24 AM in WASHINGTON, DC 20006 to M JOHNSON. The scanned image of the recipient information is provided below.

|  | Delivery Section |
|---|---|

Signature of Recipient:    *Mary Johnson*

*Mary Johnson*

Address of Recipient:    *1875 Eye St. NW 4A*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

# Exhibit 7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DJIBY NAM,               )

                        )

        Plaintiff,       )     Civil Action No. 07-cv-00257 (RJL)

                        )

        v.             )

                        )

THE OLIVER CARR COMPANY,   )

                        )

        Defendant.    )

## THE OLIVER CARR COMPANY'S MOTION TO DISMISS
## AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Fed. R. Civ. P. 12(b) and LCvR 7, Defendant The Oliver Carr

Company ("OCC"),[1] by counsel, hereby respectfully requests this Court dismiss Plaintiff

Djiby Nam's Complaint in its entirety for (1) insufficiency of process and (2)

insufficiency of service of process. The Plaintiff's Complaint and summons in this case

were neither properly directed at OCC nor properly served on OCC as required by the

Federal Rules and the Rules of the District of Columbia. The Plaintiff's process (the

summons) is improper because it is directed at a person not an officer of OCC or

otherwise authorized by law to accept service on behalf of OCC. The Plaintiff's

insufficient process was then served at a different location than that listed in the

summons, also not the business offices of OCC, and delivered to and signed by a person

not an officer or other appropriate agent with apparent or actual authority to accept

service. As such, the Plaintiff's Complaint should be dismissed, and this Court should

direct the Plaintiff to refile his Complaint to effect proper process and service of process.

---

[1] OCC reserves its right to dispute that it is the proper defendant in this matter because it was not the Plaintiff's employer.

# Tab 1

# EEOC RIGHT TO SUE

# HEREBY ATTACHED

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

---

# DISMISSAL AND NOTICE OF RIGHTS

---

| To: Djiby Nam<br>P.O. Box 75669<br>Washington, DC 20013 | From: Washington Field Office - 570<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR § 1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 10C-2002-00083 | David Gonzalez,<br>State & Local Coordinator | (202) 419-0714 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dana R Hutter*

SEP 2 9 2006

Enclosure(s)

**Dana Hutter,**
**Director**

(Date Mailed)

cc: **Dick Carr**
**The Carr Company, Persing**
**655 15th St Nw Suite 410**
**Washington, DC 20005**