UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DJIBY NAM,

      Plaintiff.                    Civil Action No. 07-cv-00257 (RJL)

vs.

THE OLIVER CARR COMPANY,

      Defendant.

## ERRATA

On page 8 of "AMENDED COMPLAINT," filed on Marched 9, 2007, at the bottom of the page, it reads:

Wherefore, Plaintiff demands $300.000 (with a period, instead of a coma) in judgment against Defendant for compensatory damages as well as punitive damages in an amount awarded by a jury, back pays, malice, liquidated damage, job reinstatement, and promotion to banquet captain.

If it pleases the court, Plaintiff Djiby Nam would like to correct the error to read as followed:

Wherefore, Plaintiff demands $300,000 in judgment against Defendant for compensatory damages as well as punitive damages in an amount awarded by a jury, back pays, malice, liquidated damage, job reinstatement, and promotion to banquet captain.

Respectfully submitted by the Plaintiff Djiby Nam,

_____
Plaintiff Djiby Nam PRO SE
4704 Delaware street
College Park, MD 20740
(202) 841-3792

RECEIVED
MAR 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT