RECEIVED
MAR 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DJIBY NAM,

      Plaintiff.         Civil Action No. 07-cv-00257 (RJL)

      vs.

THE OLIVER CARR COMPANY,

      Defendant.

## AFFIDAVID OF SERVVICE

I, Plaintiff Djiby Nam, hereby declare that on the 12th day of March, 2007, the foregoing Amended Complaint was served by certified mail return receipt requested on the Registered Agent for the Oliver Carr Company, Richard W. Carr, at 655 15th Street, N.W., Suite 410, Washington, DC 20005, and on Scot A. Hinshaw, Hunton & Williams LLP, 1900 K Street, N.W., Washington, DC 20006.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard W. Carr
The Oliver Carr Company
1701 Pennsylvania Ave
N.W., Suite 300
Washington, DC 20006

2. Article Number (Transfer from service label): EB 244 637 216 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]   C. Date of Delivery: 3-12-07

D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No

3. Service Type:
☐ Certified Mail   ☒ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

[signature]

Plaintiff Djiby Nam
4704 Delaware Street
College park, MD 20740
(202) 841-3792

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  R McCorkle   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>McCorkle   2/1N/0 |
| 1. Article Addressed to:<br><br>Scot A. Hinshaw<br>Hunton & Williams LLP<br>1900 K Street, N.W.<br>Washington, DC 20006 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☑ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   EB 245 777617 US | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAR 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DJIBY NAM,

      Plaintiff.                    Civil Action No. 07-cv-00257 (RJL)

      vs.

THE OLIVER CARR COMPANY,

      Defendant.

### AFFIDAVID OF SERVVICE

I, Plaintiff Djiby Nam, hereby declare that on the 14th day of March, 2007, the foregoing Errata was served by certified mail return receipt requested on the Registered Agent for the Oliver Carr Company, Richard W. Carr, at 655 15th Street, N.W., Suite 410, Washington, DC 20005, and on Scot A. Hinshaw, Hunton & Williams LLP, 1900 K Street, N.W., Washington, DC 20006.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 If Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Oliver Carr Company
1701 Pennsylvania Ave, NW
Suite 300, Washington DC
20006, Serve Registered Agent:
Richard W. Carr, 655 15th St.
N.W., Suite 410, Wash. DC 2005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): ANDREA BAUZA
C. Date of Delivery: 3/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0003 1922 8937

PS Form 3811, February 2004   Domestic Return Receipt

---

_[signatures]_

Plaintiff Djiby Nam
4704 Delaware Street
College park, MD 20740
(202) 841-3792

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Seye*   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Seye*                            3/13/07 |
| 1. Article Addressed to:<br><br>Mr. Scot A. Hinshaw<br>Hunton & Williams LLP<br>1900 K Street, N.W.<br>Washington, DC 20006 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:      ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7006 0810 0003 1922 8814 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540