IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DJIBY NAM,

    Plaintiff,

v.                                       Civil Action No. 07-CV-00257 (RJL)

THE OLIVER CARR COMPANY,

    Defendant.

## CONSENT REQUEST FOR AN EXTENSION OF TIME

    I, Pro Se Plaintiff Djiby Nam did not receive any notice from this court, dated May 31, 2007, ordering Plaintiff Djiby Nam ("Plaintiff") and Defendant The Oliver Carr Company ("Defendant") to submit a joint proposed scheduling order. Therefore, I, Pro Se Plaintiff Djiby Nam, am asking the court to provide me with a copy of said notice. I received a phone call from counsel for the Defendant on June 13, 2007 about the joint proposed scheduling order. I received a draft order on June 14, 2007. However, I, Plaintiff Djiby Nam, am also asking for an extension of time so I can properly prepare to consider the issues related to the joint proposed scheduling order with Defendant The Oliver Carr Company's counsel, Mr. Scot A. Hinshaw, who has been notified of my request to the court. Mr. Hinshaw, on behalf of the Defendant, has consented to my request for an extension of time to consider the joint order and also consult with legal advisors at the Employment Justice Center about it.

    I, Pro Se Plaintiff Djiby Nam, declare under penalty of perjury that the foregoing is true and correct. Executed on Friday, June 15, 2007.

RECEIVED
JUN 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted by the Pro Se Plaintiff Djiby Nam

_____
Djiby Nam Pro Se Plaintiff
4704 Delaware Street
College Park, MD 20740
(202) 841-3792

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, the foregoing Request for an Extension of Time was served by certified mail, returned receipt requested, to :

                                        Mr. Scott A. Hinshaw
                                        HUNTON & WILLIAMS LLP
                                        1900 K Street, N.W.
                                        Washington, DC 20006

_____
Djiby Nam Pro Se Plaintiff