IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 6 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DJIBY NAM,                              )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )   Civil Action No. 07-CV-00257
                                        )
THE OLIVER CARR COMPANY,                )
                                        )
        Defendant.                      )

## JOINT PROPOSED SCHEDULING ORDER

It is hereby **ORDERED** that the following deadlines shall apply to this case:

| | |
|---|---|
| Amendments/Joinder/Substitution | July 6, 2007 |
| Initial Disclosures | July 6, 2007 |
| proponent's Expert Report | October 15, 2007 |
| Opponent's Expert Report | November 15, 2007 |
| Discovery Deadline | December 13, 2007 |
| Dispositive Motions Due | January 14, 2008 |
| Opposition to Dispositive Motions | February 13, 2008 |
| Reply to Dispositive Motions | February 20, 2008 |
| Pre-trial Conference | 30 days after ruling on dispositive motions |
| Trial | TBD |

So Ordered.

This ___ of June, 2007

5 July

_____
The Honorable Richard J. Leon
United States District Court